UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

ERIC MARTIN,

        Petitioner,        Case No. 2:16-cv-216

v.                              Honorable Paul L. Maloney

ROBERT NAPEL,

        Respondent.
_____/

**JUDGMENT**

       For the reasons set forth in the Order issued on this date:

       **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:  January 10, 2017       /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge